IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       1:10cr190-MHT
CRISTOFER HERNANDEZ-          )          (WO)
BELFORD                       )
```

OPINION AND ORDER

This cause is before the court on defendant Cristofer Hernandez-Belford's motion, filed on December 29, 2010, to continue his trial.  For the reasons set forth below, the court finds that jury selection and trial, now set for January 24, 2011, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court

is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  § 3161(h)(7)(A).  In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Hernandez-Belford in receiving a speedy trial.

On November 16, 2010, Hernandez-Belford submitted a request for pretrial diversion. According to the government, this request is still under investigation. Hernandez-Belford's request is more complex than a typical request due to issues relating to his citizenship status. Currently, Immigration Customs and Enforcement (ICE) is reviewing Hernandez-Belford's offer of proof with respect to his citizenship. To make this determination, ICE must verify all of the documents that Hernandez-Belford has submitted to the agency. Following ICE's determination of his citizenship, the probation office would then begin its investigation as to Hernandez-Belford's request for pretrial diversion. The

3

probation office requires 45 days to complete this investigation.  Accordingly, it is ORDERED as follows:

    (1) Defendant Cristofer Hernandez-Belford's motion to continue his trial (Doc. No. 33) is granted.

    (2) The jury selection and trial, now set for January 24, 2011, are reset for May 16, 2011, at 10:00 a.m., at the federal courthouse in Dothan, Alabama.

    DONE, this the 30th day of December, 2010.

                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE